**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT
FUNDS et al.,

                         Plaintiffs,

      -against-

PAR WALL FINISHING CORP.,

                         Defendant,

------------------------------------------x

ORDER

19 Civ. 7958 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 9, 2020 conference is adjourned to June 11, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge