**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT
FUNDS; THE DISTRICT COUNCIL NO. 9,
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION
OF PAINTERS AND ALLIED TRADES, AFL-
CIO,

                   Plaintiffs,

  -against-

PAR WALL FINISHING CORP.,

                 Defendant.
------------------------------------- X

ORDER

19 Civ. 7958 (GBD)

GEORGE B. DANIELS, District Judge:

The July 30, 2020 status conference is adjourned to October 1, 2020 at 9:45 a.m.

Dated: July 22, 2020
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE