**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUSTEES OF THE DRYWALL TAPERS AND    :
POINTERS LOCAL UNION NO. 1974 BENEFIT  :
FUNDS; THE DISTRICT COUNCIL NO. 9,     :
DRYWALL TAPERS AND POINTERS OF         :
GREATER NEW YORK LOCAL UNION 1974,     :
AFFILIATED WITH INTERNATIONAL UNION    :
OF PAINTERS AND ALLIED TRADES, AFL-    :
CIO,                                   :
                                       :
                          Plaintiffs,  :
            -against-                  :
                                       :
PAR WALL FINISHING CORP.,              :
                                       :
                          Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 7958 (GBD)

GEORGE B. DANIELS, District Judge:

The October 1, 2020 status conference is adjourned to December 17, 2020 at 9:45 a.m.

The parties and ordered to submit a letter, at least 30 days prior to the next conference date,

apprising this Court as to the status of this matter and suggesting any potential trial dates.

Dated: September 25, 2020
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE