**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



TRUSTEES OF THE DRYWALL TAPERS AND   :
POINTERS LOCAL UNION NO. 1974 BENEFIT  :
FUNDS; THE DISTRICT COUNCIL NO. 9,     :
DRYWALL TAPERS AND POINTERS OF         :
GREATER NEW YORK LOCAL UNION 1974,     :
AFFILIATED WITH INTERNATIONAL UNION    :
OF PAINTERS AND ALLIED TRADES, AFL-    :
CIO,                                   :
                                        :

                        Plaintiffs,    :
    -against-                              :
                                          :

PAR WALL FINISHING CORP.,              :

                        Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 7958 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

All conferences previously scheduled are adjourned sine die.


Dated: November 4, 2020
      New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE